# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### SETTLEMENT CONFERENCE

| | |
|---|---|
| Boston Scientific Corporation | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| | Case No.: 10-593(SRN/SER) |
| v. | Dated: March 2, 2011 |
| | |
| Douglas Nock, and | Time Commenced: 9:00 a.m. |
| St. Jude Medical S.C., Inc. | Time Concluded: 3:30 p.m. |
| | Time in Court: 6 hours 30 minutes |
| Defendants. | |

**APPEARANCES:**

    For Plaintiff:    Martin Chester
    For Defendants:    Edward Fox

**PROCEEDINGS:**

No settlement reached.

 

*s/Melissa M. Erstad*
**Signature of Calendar Clerk**