# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE (TELEPHONE CONFERENCE)

Boston Scientific Corporation

**COURT MINUTES**
BEFORE: Steven E. Rau

Plaintiff,

U.S. Magistrate Judge

Case No.:  10cv593 (SRN/SER)

v.

Dated:   March 4, 2011

Douglas Nock, and
St. Jude Medical S.C., Inc.

Time:  45 minutes

Defendants.

**APPEARANCES:**

For Plaintiff:        Robert Schnell, Jr.
For Defendant:      Edward Fox

**PROCEEDINGS:**

Continued settlement discussions.

_s/Melissa M. Erstad_____
**Signature of Calendar Clerk**