# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE (TELEPHONE CONFERENCE)

| | |
|---|---|
| Boston Scientific Corporation | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| | Case No.: 10cv593 (SRN/SER) |
| v. | Dated: March 6, 2011 |
| | |
| Douglas Nock, and | |
| St. Jude Medical S.C., Inc. | |
| | Time: 1 hour  30 minutes |
| | |
| Defendants. | |

**APPEARANCES:**

    For Plaintiff:    Robert Schnell, Jr.
    For Defendant:    Edward Fox

**PROCEEDINGS:**

Continued settlement discussions.

*s/Melissa M. Erstad*
**Signature of Calendar Clerk**