# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE (VIA TELEPHONE)

| | |
|---|---|
| Boston Scientific Corporation | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| | Case No.: 10cv593 (SRN/SER) |
| v. | Dated: March 7, 2011 |
| | |
| Douglas Nock, and | Time Commenced: 3:15 p.m. |
| St. Jude Medical S.C., Inc. | Time Concluded: 3:25 p.m. |
| | Time: 10 minutes |
| | |
| Defendants. | |

**APPEARANCES:**

    For Plaintiff:    Robert Schnell, Jr.
    For Defendant:    Edward Fox

**PROCEEDINGS:**

Settlement reached.  Terms stated on the record.

    Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

The parties should bring any dispute about minor terms of the settlement to the Court for resolution.


        *s/Melissa M. Erstad*
        **Signature of Calendar Clerk**