UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Boston Scientific Corporation,<br>f/k/a Guidant Sales Corporation, | Case No. 10-cv-593 (SRN/SER) |
| Plaintiff. | **ORDER OF DISMISSAL** |
| v. | |
| Douglas Nock and St. Jude Medical, S.C., Inc., | |
| Defendants. | |

_____

Christopher J.L. Diedrich, Eileen M. Hunter, Martin S. Chester, Robert L. Schnell, Jr., Faegre & Benson LLP, 90 South Seventh Street, Suite 2200, Minneapolis, MN, counsel for Plaintiff.

Edward F. Fox, Laurel J. Pugh, Mark P. Hodkinson, Bassford Remele PA, 33 South Sixth Street, Suite 3800, Minneapolis, MN, counsel for Defendants.

_____

The court having been advised that the above case has been settled [Doc. 68],

**IT IS ORDERED** that this action is hereby dismissed with prejudice.

Dated: March 8, 2011

                                                                                      s/ Susan Richard Nelson
                                                                                      Susan Richard Nelson
                                                                                      United States District Judge